**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-6661
_____

CALVIN LYNDALE GADDY,

            Plaintiff - Appellant,

      v.

THE SOUTH CAROLINA DISTRICT COURTS, For recusal/bias, For
Bivens Action/Prejudices,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Joseph F. Anderson, Jr., District
Judge.  (8:13-cv-02387-JFA)

_____

Submitted:  August 28, 2014          Decided:  September 3, 2014

_____

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Calvin Lyndale Gaddy, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Lyndale Gaddy appeals the district court's orders adopting the magistrate judge's report and recommendation and dismissing his civil complaint, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gaddy v. S.C. Dist. Courts, No. 8:13-cv-02387-JFA (D.S.C. Mar. 18, 2014; Apr. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED